ROMAN RABINOVICH, Plaintiff, and EDWARD L. SMITH, Appellant, v JO ANN WOMACK et al., Defendants, and DUNOLLY OWNERS' CORP., Respondent. (And a Third-Party Action.)

Submitted June 28, 2010; decided September 14, 2010

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

In the Matter of SHERIL G., Respondent. ARNON D. SIEGEL, Nonparty Appellant; BERWITZ & DITATA, LLP, Nonparty Respondent.

Submitted June 14, 2010; decided September 14, 2010

Motion for leave to appeal denied. Cross motion for the imposition of sanctions denied.

MARK PAUL SHNITKIN, Respondent, v HEALTHPLEX IPA, INC., Appellant.

Submitted August 9, 2010; decided September 14, 2010

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [see 15 NY3d 702 (2010)].

In the Matter of FRANS SITAL, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, et al., Respondents.

Submitted July 6, 2010; decided September 14, 2010

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).